Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000326
25-JAN-2019
08:24 AM

NO. CAAP-17-0000326

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

SHENANDOAH K. KAIAMA, Plaintiff-Appellant,
v.
CHRISTOPHER CHUN-HOON; MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.; CIT BANK N.A. formerly known as
ONEWEST BANK, FSB; OWB REO LLC, Defendants-Appellees,
and
DOE DEFENDANTS 1-50, Defendants

IN THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 16-1-0287)

ORDER APPROVING THE JANUARY 14, 2019
STIPULATION FOR DISMISSAL OF APPEAL WITH PREJUDICE
(By: Ginoza, Chief Judge, Chan and Hiraoka, JJ.)

Upon consideration of the "Stipulation for Dismissal of Appeal with Prejudice" filed on January 14, 2019, by Defendants-Appellees CIT BANK N.A. formerly known as ONEWEST BANK N.A., formerly known as ONEWEST BANK, FSB and OWB REO LLC, and the record, it appears that (1) the appeal was docketed on May 30, 2017; (2) the parties stipulate to dismiss the appeal with prejudice pursuant to Hawai‘i Rules of Appellate Procedure Rule 42(b); (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) the parties agree to bear their own costs and attorneys' fees.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed with

prejudice.    The parties shall bear their own costs and attorneys' fees incurred with respect to this appeal.

DATED:   Honolulu, Hawaiʻi, January 25, 2019.

Chief Judge

Associate Judge

Associate Judge